# Order

Michigan Supreme Court
Lansing, Michigan

February 26, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano,
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

160968(82)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

KELLIE NICHOLE STOCK,
    Defendant-Appellant.

SC: 160968
COA: 340541
Wayne CC: 17-003509-FC

_____/

On order of the Chief Justice, the third motion of plaintiff-appellee to extend the time for filing its supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before March 1, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2021



Clerk